# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 15-10427
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

December 15, 2015

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

CIPRIANO VALENCIA-MANRIQUEZ, also known as Cipriano Valencia Martinez, also known as Cipriano Valencia Marquez, also known as Cipriano Marquez, also known as Cipriano Manriques Valencia,

Defendant-Appellant

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:14-CR-423-1

Before JONES, SOUTHWICK, and COSTA, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Cipriano Valencia-Manriquez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Valencia-Manriquez has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 15-10427

therein.   We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.   Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.   *See* 5TH CIR. R. 42.2.